USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DENISE STRADFORD and ANTHONY CAMPIGLIA, on,
behalf of themselves and all other persons similarly situated,

Case No. 17 Civ. 2383 (PAC)

Plaintiffs,

**VOLUNTARY
DISMISSAL WITH
PREJUDICE**

v.

COHEN & STEERS CAPITAL MANAGEMENT, INC.,

Defendants.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned
parties, through their respective counsel, that the above action be and is hereby dismissed with
prejudice and without costs to either party. The Court shall retain jurisdiction over the
settlement for the purposes of the enforcement of the provisions thereof.

Dated: New York, NY
         October 13, 2017

SEYFARTH SHAW LLP

THE LAW OFFICES OF FAUSTO E.
ZAPATA, JR., P.C.

_____
Loren Gesinsky
Scott Rabe
Chryssa V. Valletta
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
*Attorneys for Defendant Cohen & Steers
Capital Management, Inc.*

_____
Fausto E. Zapata, Jr.
277 Broadway, Suite 206
New York, New York 10007
(212) 766-9870
*Attorneys for Plaintiffs Denise Stradford and
Anthony Campiglia*

**SO ORDERED:**

The Court has reviewed Mr Zapata's submission dated
Oct 9, 2015. Upon due consideration the Court determines
that the settlement in this FLSA case, and the allowance for
attorney's fees is fair and reasonable Checks v Freeport
Pancake House 796 F 3d 199 (2d Cir 2015). The settlement
is approved

_____
Hon. Paul A. Crotty
United States District Court Judge

Paul A Crotty    10/13/2017
USDJ

8